# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

<u>MINUTES OF RE-SETTING</u>                          Date:   September 21, 1999

EDWIN RODRIGUEZ ADAMES          *
                                *
        Plaintiff               *
                                *
    vs.                         *         Civil 98-1475 (PG)
                                *
JOSE GUILLERMO RODRIGUEZ        *
et al                           *
                                *
        Defendants              *
                                *
------------------------------------------------*

    By Order of the Court the pretrial conference in the above captioned case, which is

set for November 4, 1999, is hereby reset for **Tuesday, November 9, 1999,** at 1:30 P.M.

This proceeding will be held before Honorable Juan M. Pérez-Giménez.


                                            _____
                                            Lida Isis Egelé
                                            Courtroom Deputy


s/c:   Israel Roldán González
       Juan R. González Muñoz
       José Cintrón