# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

<u>MINUTES OF RE-SETTING</u>                             Date:  November 8, 1999

| | |
|---|---|
| EDWIN RODRIGUEZ ADAMES | * |
| Plaintiff | * |
| vs. | *   Civil 98-1475 (PG) |
| JOSE GUILLERMO RODRIGUEZ et al | * |
| Defendants | * |

The Court orders that the telephone request made by plaintiff's counsel be granted and the pretrial conference in the above captioned case, which is set for tomorrow, November 9, 1999, is hereby reset for **Tuesday, November 23, 1999,** at 1:30 P.M. This proceeding will be held before Honorable Juan M. Pérez-Giménez.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Lida Isis Egelé
　　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy

s/c:  Israel Roldán González       (Notified by phone: attorney Guzmán)
      Juan R. González Muñoz       "       "       "   Personally
      José Cintrón         (Notified by phone by attorneys Roldán and González)