UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 NOV 19 AM 8 37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

EDWIN RODRIGUEZ ADAMES,

    Plaintiff(s)

        v.                    Civ. No. 98-1475(PG)

JOSE GUILLERMO RODRIGUEZ,
ET AL.,

    Defendant(s)

| MOTION | ORDER |
|---|---|
| Docket #16 - Motion for Leave to File Dispositive Motion Notwithstanding Deadline | Granted |

**Date:** November 16, 1999.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge

3