UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EDWIN RODRIGUEZ ADAMES,

    Plaintiff(s)

    v.      Civ. No. 98-1475(PG)

JOSE GUILLERMO RODRIGUEZ,
ET AL.,

    Defendant(s)

| MOTION | ORDER |
|---|---|
| Docket #21 - Motion for Extension of Time to Comply With Local Rule 108.1 | Granted |

**Date:** November 23, 1999.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge

