UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EDWIN RODRIGUEZ-ADAMES,
    Plaintiff,

        v.                                  Civil No. 98-1475(PG)

JOSE G. RODRIGUEZ, et al.,
    Defendants.

| MOTION | ORDER |
|---|---|
| Docket #26 - Motion Requesting That Voluntary Dismissal Be With Prejudice. | *Granted* |

Date: ~~January~~ *February* __22__, 2000.

                                        *[signature]*
                                        JUAN M. PEREZ-GIMENEZ
                                        U.S. District Judge