UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

EDWIN RODRIGUEZ-ADAMES,

    Plaintiff,

    v.                        Civ. No. 98-1475(PG)

JOSE G. RODRIGUEZ, et al.,

    Defendants,

## JUDGMENT

The Court having granted defendant's motion requesting dismissal with prejudice, docket #26, it is hereby

**ORDERED AND ADJUDGED** that the case is **DISMISSED with prejudice**.

San Juan, Puerto Rico, ~~January~~ February 22, 2000.

JUAN M. PEREZ-GIMENEZ
U. S. District Judge

AO 72A
(Rev. 8/82)